Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | CASE NO.:  2:20-cv-01837-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Tonya Johnson ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's First Amended Class Action Complaint for Violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. ("TCPA") ("First Amended Complaint") [ECF No. 5] to December 8, 2020, for the following reasons:

1. On October 27, 2020, Plaintiff served the First Amended Complaint and Summons on Credit One, and this was the first complaint in this action served upon Credit One.

2. Credit One's Response is currently due November 17, 2020.

3. Credit One has been investigating the allegations set forth in the Complaint and has provided some initial information to Plaintiff regarding her claims, which Plaintiff intends to review and the parties will be discussing.

4. In light of the information provided, and the parties' intention to discuss that information and see if any resolution could be reached, on November 10, 2020, counsel for Plaintiff agreed to stipulate to a 21-day extension of time for Credit One to respond to the Complaint.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Credit One to respond to Plaintiff's First Amended Complaint up to and including December 8, 2020.

DATED: November 10, 2020

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce*
Gustavo Ponce
Nevada Bar No. 15084
Mona Amini
Nevada Bar No. 15381
6069 S. Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Tonya Johnson*

DATED: November 10, 2020

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

### ORDER

**IT IS ORDERED** that Credit One shall respond to Plaintiff's First Amended Complaint on or before December 8, 2020.

DATED: November 13, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE