Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | CASE NO.: 2:20-cv-01837-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Tonya Johnson ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to a second extension of Credit One's deadline to respond to Plaintiff's First Amended Class Action Complaint for Violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. ("TCPA") ("First Amended Complaint") [ECF No. 5] to December 29, 2020, for the following reasons:

1. On October 27, 2020, Plaintiff served the First Amended Complaint and Summons on Credit One, and this was the first complaint in this action served upon Credit One.

2. The Parties previously stipulated, and the Court ordered, to extend Credit One's deadline to respond to the First Amended Complaint to December 8, 2020. *See* ECF No. 7.

3. Credit One has provided initial information to Plaintiff regarding her claims, which Plaintiff intends to review and the parties will be discussing. However, Plaintiff's counsel has not yet had an opportunity to discuss this information with Plaintiff.

4.      In light of the information provided, and the parties' intention to discuss that information and see if any resolution can be reached, on December 1, 2020, counsel for Plaintiff agreed to stipulate to a second 21-day extension of time for Credit One to respond to the First Amended Complaint.

5.      This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Credit One to respond to Plaintiff's First Amended Complaint up to and including December 29, 2020.

DATED: December 1, 2020

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce*
Gustavo Ponce
Nevada Bar No. 15084
Mona Amini
Nevada Bar No. 15381
6069 S. Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Tonya Johnson*

DATED: December 1, 2020

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

## ORDER

**IT IS ORDERED** that Credit One shall respond to Plaintiff's First Amended Complaint on or before December 29, 2020.

**IT IS SO ORDERED**

**DATED:** 1:45 pm, December 04, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4841-1591-7011

- 2 -